No. 96–1308. LOVELL v. HURFORD ET AL., *ante*, p. 1156;

No. 96–7470. DODD v. OLIVER ET AL., *ante*, p. 1125;

No. 96–7514. CRAWFORD v. HAWAII, *ante*, p. 1126;

No. 96–7824. IN RE IJEMBA, *ante*, p. 1114;

No. 96–7825. IVY v. UNITED STATES, *ante*, p. 1131;

No. 96–7956. AGCAOILI v. BROWN, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 1159; and

No. 96–8185. FRANKS v. UNITED STATES, *ante*, p. 1179. Petitions for rehearing denied.

No. 96–5454. MASON v. NORWEST BANK SOUTH DAKOTA, N. A., ET AL., 519 U. S. 910. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

MAY 28, 1997

No. 96–9158 (A–860). IN RE MADDEN. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–9124 (A–853). MADDEN v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Combined petition for writ of certiorari, petition for writ of habeas corpus, and petition for an appropriate writ denied.

MAY 29, 1997

No. 96–7563. RUSSELL v. MISSISSIPPI. Sup. Ct. Miss. Certiorari dismissed under this Court's Rule 46.

JUNE 2, 1997

No. 96–540. UNITED STATES v. DUNN. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further